# UNITED STATES DISTRICT COURT

for the

District of

Division

2026 AUG 19 P 5: 00

Case No. 1:26cv-2661PTG-LRV
*(to be filled in by the Clerk's Office)*

VINAY K. AWASTHI
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jaguar Land Rover North America
Jaguar SA
Jaguar Chantilly
Jaguar Tysons corner
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINAY K. AWASTHI |
| Street Address | 10319 West Lake Drive, #219 |
| City and County | Bethesda. MD 20817 |
| State and Zip Code | MD, 20817 |
| Telephone Number | 443-570 3915 |
| E-mail Address | vajhu @ Proton.me |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jaguar Land Rover North America. |
| Job or Title *(if known)* | |
| Street Address | 100 Jaguar Land Rover Way |
| City and County | Mahwah |
| State and Zip Code | New Jersey - 07495 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jaguar SAN Francisco |
| Job or Title *(if known)* | |
| Street Address | 901 Vannes Ave, |
| City and County | San Francisco - 94109 |
| State and Zip Code | CA, 94109 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jaguar Dealership, Chantilly |
| Job or Title *(if known)* | |
| Street Address | 4120 Auto Park Circle |
| City and County | Chantilly, VA 20151 |
| State and Zip Code | VA. - 20151 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jaguar Dealership TYSON'S CORNER |
| Job or Title *(if known)* | |
| Street Address | 1592 SPRING HILL Rd, |
| City and County | Vienna, VA 22182 |
| State and Zip Code | VA. - 22182 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC §1331 { 15 USC §2301 et. seq. , 15 USC §2310 (d)
18 USC §1964 (c) Civil Rico/Racketeering
18 USC §1962 (c) influenced Corrupt
18 USC §1962 (d) organisation act. }

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaint for Breach of Warranty, Fraud, Civil rico, and Consumer Protection Violations: Jaguar Motors sold a Lemon Jag FPACE (2018), which had catastrophic engine failure July 19, 2021. Jag. refused to give— see added Pages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

18 USC 1964 (c) civil Rico compensatory damage exceeding $ 50,000 plus litigation 15 USC, § 2301 et. seq. Jag. should buy back its Lemon VIN. SADCJ2BN2HA095279.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 19 Aug 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff VINAY K. AWASTHI

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

# III STATEMENT OF CLAIM

①. Plaintiff Purchased via lease 2018 Jag F Pace (used, 200 mile in), which on July 19, 2021 had catastrophic engine failure.
VIN: SADCJ2BN2HA095279.

②. Jaguar SF on Van ness kept vehicle for over 116 cumulative days, where car experienced 2nd catastrophic engine failure. During both of these failures nothing on instrument panel came on, while in exclusive control and custody of the dealership

③ Upon returning the vehicle Jaguar SF instructed plaintiff on two separate occasions that car will not pass emissions, while explicitly refusing to provide complete copies of repair orders, diagnostics logs or technician notes to plaintiff.
Jag dealership did show that repairs were abt $47000.00 about $5000.00 short of price of new car.

(4) Jag S.F. said they replaced the engine which now covers 5yrs, 60,000 miles warranty as plaintiff expressed concerns about longevity of repairs... i.e. what if same thing happens after 2yrs.

(5) Jag chantilly serviced car in 2024, and they too told plaintiff that car will not pass emissions and will require tweaking (diagnostics over-rides) solely to force the vehicle to pass emission-testing intentionally concealing uncorrected mechanical defects.

(6) Jag chantilly rendered, check engine light, permanently illuminated by default. after improper servicing (car going in did not have this issue), Thus depriving plaintiff any way detect warnings regarding oil pressure degradation.

(7) On Dec 6, 2025 car experienced 3rd catastrophic engine failure. There was no coolant leak on this day. Coolant tank was full.

(8) Jag Tysons corner refused to fix car unless Jag Land Rover North America gave written consent to fix engine under warranty. Jaguar Land Rover and Jag Tysons corner confirmed that car had been to Jag SF for 116 cumulative days while claiming new engine placed in car only carried 1 yr, 12000 mile warranty.

(9) When Plaintiff asked to give that in writing Jag Land Rover North America Refused to give anything in writing mainly:

(1) Engine that was replaced: warranty/miles it can go for

(2) any repair records done by any of its franchise dealership in SF or Chantilly or Tysons Corner.

(3) This fits 15 USC § 2301 et-seq. Magnuson-Moss Warranty Act

(10) Rico Enterprise 18 USC 1961 (4), 18 USC §1341 Mail fraud 18 USC § 1343 wire fr.

Defendants formed an association-in-fact-enterprise consisting of corp. manufacturer and its network of franchised dealership (The Jaguar Warranty Evasion Enterprise)

(11) The enterprise maintains an ongoing structure designed to conduct interstate motor vehicle sales, perform warranty repairs, process corp. reimbursement claims while transmitting diagnostics / payments across state lines. and manages vehicle diagnostics data across state lines.